

11TH COURT OF APPEALS

EASTLAND, TEXAS

JUDGMENT

Hector Manuel Gonzalez, Jr,          * From the 118th District
                                       Court of Howard County,
                                       Trial Court No. 13447.

Vs. No. 11-12-00360-CR               * December 31, 2014

The State of Texas,                  * Memorandum Opinion by Wright, C.J.
                                       (Panel consists of: Wright, C.J.,
                                       Willson, J., and Bailey, J.)

This court has inspected the record in this cause and concludes that there are errors in the judgments below. Therefore, in accordance with this court's opinion, we modify the judgments to accurately reflect the sentences pronounced by the trial court. We modify the judgment of conviction in count two to reflect that the conviction is for count two rather than count three. Additionally, we modify the judgment in count one to reflect that the sentence in count one is to run concurrently with the sentences in counts two and four. Further, we modify the judgment in count four to reflect that the sentence in count four is to run concurrently with the sentences in counts one and two. As modified, we affirm the judgments of the trial court.